**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
OCT 0 4 2023
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DAVID DECKER,<br><br>Defendant. | CR 23- 114-BLG-SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1)<br>Title 21 U.S.C. § 846<br>(Penalty for Methamphetamine: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|   | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty for Methamphetamine: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That beginning in January 2022, and continuing until on or about March 22, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, NICHOLAS DAVID DECKER, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), five grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That beginning in January 2022, and continuing until on or about March 22, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, NICHOLAS DAVID DECKER, knowingly and unlawfully possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

*/s/ Timothy J. Racicot*
For JESSE A. LASLOVICH
United States Attorney

*/s/ Cyndee Peterson*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3